IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SCOTT N. CARLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DYNCORP INTERNATIONAL LLC,<br><br>　　　　Defendant. | Case No. 1:13-cv-751 (LOG/TRJ) |

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that, on Friday, November 8, 2013, at 10:00 a.m. or as soon thereafter as counsel may be heard, Defendant DynCorp International LLC, by counsel, will appear before this Court and move this Court for an Order granting Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6), filed on September 13, 2013.

Pursuant to Local Civil Rule 7(E), counsel for Defendant met and conferred with counsel for Plaintiff on October 8, 2013 regarding the resetting of the hearing date. Counsel for Plaintiff consented to the new hearing date.

Dated: October 8, 2013

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:
_____/s/_____
Gregory C. Keating (admitted *Pro Hac Vice*)
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: 617.217.2048
Fax: 617.737.0052
Email: gkeating@littler.com

and

Rebecca Signer Roche (Va. Bar No. 73417)
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
Tel: 703.286.3142
Fax: 703.442.8428
Email: rroche@littler.com

and

Megan N. Tumi (Va. Bar No. 77416)
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036
Tel: 202.842.3400
Fax: 202.842.0011
Email: mtumi@littler.com

Counsel for Defendant DynCorp International LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following attorney of record:

>Jacob M. Small, Esq.
>The Spiggle Law Firm, PLLC
>4830 31st Street S., Suite B
>Arlington, VA 22206
>*Counsel for Plaintiff Scott Carlson*

>/s/ Rebecca S. Roche
>Counsel for Defendant