## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SCOTT N. CARLSON, <br><br> Plaintiff, <br><br> v. <br><br> DYNCORP INTERNATIONAL LLC, <br><br> Defendant. | Case No. 1:13-cv-751 (LOG/TRJ) |

### NOTICE OF APPEAL

Scott N. Carlson, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered February 28, 2014 (Dkt. No. 38) granting Defendant's January 16, 2014 Motion to Dismiss (Dkt. No. 32) Plaintiff's December 20, 2013 Second Amended Complaint (Dkt. No. 28).

Respectfully Submitted,

Scott N. Carlson,
*By Counsel*

/s/
Jacob M. Small
Va. Bar # 84460
Attorney for Scott Carlson
The Spiggle Law Firm, PLLC
4830B 31st St., S.
Arlington, Virginia 22206
(202) 499-6998 (phone)
(202) 540-8018 (fax)
jmsmall@spigglelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st Day of March, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

    Melanie Gayle Augustin
    Littler Mendelson PC (Tysons Blvd)
    1650 Tysons Blvd
    Suite 700
    McLean, VA 22102
    703-442-8425
    703-442-8428 (fax)
    maugustin@littler.com

    Megan Tumi
    Littler Mendelson PC
    1150 17th NW
    Suite 900
    Washington, DC 20036
    202-789-3412
    202-842-0011 (fax)
    mtumi@littler.com

    /s/
    Jacob M. Small
    Va. Bar # 84460
    Attorney for Scott N. Carlson
    The Spiggle Law Firm, PLLC
    4830B 31st St., S.
    Arlington, Virginia 22206
    (202) 449-8527 (phone)
    (202) 540-8018 (fax)
    @spigglelaw.com