FILED: May 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1281
(1:13-cv-00751-LO-TRJ)

_____

SCOTT N. CARLSON

    Plaintiff - Appellant

v.

DYNCORP INTERNATIONAL LLC

    Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the submissions relative to the motion to hold this case in abeyance pending the decision in Ronald P. Young v. CHS Middle East, LLC, No. 13-2342, the court grants the motion.

For the Court

/s/ Patricia S. Connor, Clerk